Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re: )
)
HYATT, TERRY LEE ) Case No. 5-09-50511
HYATT, DEBRA LYNN )
)
)
Debtor(s) ) Chapter 7
)

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:    December 30, 2009                /s/ John G. Leake
                                          JOHN G. LEAKE
                                          P O Box 526
                                          Harrisonburg, VA  22803
                                          (540) 434-7425

Date: 12/30/09          DIVIDENDS REMITTED TO THE COURT          Page:

Case Number 5-09-50511 - HYATT, TERRY LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000002 | 287.43 | 2.41 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000004 | 321.82 | 2.70 |
| Winchester Medical Center<br>1840 Amherst Street<br>P.O. Box 3340<br>Winchester VA 22604-2540 | 000007 | 30.00 | 0.25 |
| ---------- Remittance Total ---------- | | 639.25 | 5.36 |

JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-09-50511   RK                           Page 1                                Date: December 30, 2009
Debtor Name: HYATT, TERRY LEE \ HYATT, DEBRA LYNN

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,966.41 |
| | JOHN G. LEAKE COMPENSATION | Admin | Percent Paid: 100.00000 % | $491.60 | $0.00 | $491.60 | $491.60 | $1,474.81 |
| | JOHN G. LEAKE EXPENSES | Admin | Percent Paid: 100.00000 % | $66.06 | $0.00 | $66.06 | $66.06 | $1,408.75 |
| 000001 | DISCOVER BANK | Unsec | 070 Percent Paid: 0.83823 % | $11,341.70 | $0.00 | $11,341.70 | $95.07 | $1,313.68 |
| 000002 | Roundup Funding, LLC | Unsec | 070 Percent Paid: 0.83847 % | $287.43 | $0.00 | $287.43 | $2.41 | $1,311.27 |
| 000003 | Roundup Funding, LLC | Unsec | 070 Percent Paid: 0.83852 % | $1,398.89 | $0.00 | $1,398.89 | $11.73 | $1,299.54 |
| 000004 | Roundup Funding, LLC | Unsec | 070 Percent Paid: 0.83898 % | $321.82 | $0.00 | $321.82 | $2.70 | $1,296.84 |
| 000005 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 Percent Paid: 0.83819 % | $9,067.14 | $0.00 | $9,067.14 | $76.00 | $1,220.84 |
| 000006 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 Percent Paid: 0.83804 % | $628.85 | $0.00 | $628.85 | $5.27 | $1,215.57 |
| 000007 | Winchester Medical Center | Unsec | 070 Percent Paid: 0.83333 % | $30.00 | $0.00 | $30.00 | $0.25 | $1,215.32 |
| 000008 | CHASE BANK USA | Unsec | 070 Percent Paid: 0.83818 % | $11,101.41 | $0.00 | $11,101.41 | $93.05 | $1,122.27 |
| 000009 | CHASE BANK USA | Unsec | 070 Percent Paid: 0.83857 % | $1,153.15 | $0.00 | $1,153.15 | $9.67 | $1,112.60 |
| 000010 | American Express Centurion Bank | Unsec | 070 Percent Paid: 0.83825 % | $11,211.45 | $0.00 | $11,211.45 | $93.98 | $1,018.62 |
| 000011 | American Express Centurion Bank | Unsec | 070 Percent Paid: 0.83820 % | $22,024.59 | $0.00 | $22,024.59 | $184.61 | $834.01 |
| 000012 | US Dept. of Education | Unsec | 070 Percent Paid: 0.83829 % | $6,841.34 | $0.00 | $6,841.34 | $57.35 | $776.66 |
| 000013 | Chase Bank USA, N.A | Unsec | 070 Percent Paid: 0.83812 % | $1,233.71 | $0.00 | $1,233.71 | $10.34 | $766.32 |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 Percent Paid: 0.83823 % | $39,423.54 | $0.00 | $39,423.54 | $330.46 | $435.86 |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 Percent Paid: 0.83821 % | $43,595.13 | $0.00 | $43,595.13 | $365.42 | $70.44 |
| 000016 | Recovery Management Systems Corporation | Unsec | 070 Percent Paid: 0.83826 % | $3,648.05 | $0.00 | $3,648.05 | $30.58 | $39.86 |
| 000017 | Recovery Management Systems Corporation | Unsec | 070 Percent Paid: 0.83840 % | $1,500.48 | $0.00 | $1,500.48 | $12.58 | $27.28 |
| 000018 | Recovery Management Systems Corporation | Unsec | 070 Percent Paid: 0.83792 % | $3,255.68 | $0.00 | $3,255.68 | $27.28 | $0.00 |

# PROPOSED DISTRIBUTION

Case Number: 5-09-50511   RK                                   Page  2                                    Date: December 30, 2009
Debtor Name: HYATT, TERRY LEE \ HYATT, DEBRA LYNN

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $168,622.02 | $0.00 | $168,622.02 | $1,966.41 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

_[signature]_                    _12-30-09_

PROPDISA

Printed: 12/30/09 10:23 AM   Ver: 15.05a