Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HYATT, TERRY LEE | ) | Case No. 5-09-50511 |
| HYATT, DEBRA LYNN | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: April 15, 2010                        /s/ John G. Leake
                                            JOHN G. LEAKE
                                            P O Box 526
                                            Harrisonburg, VA 22803
                                            (540) 434-7425

| CLAIM # | CLAIMANT NAME & ADDRESS | AMOUNT |
|---------|------------------------|--------|
| #2 | Roundup Funding LLC | 0.19 |
| #3 | Roundup Funding LLC | 0.92 |
| #4 | Roundup Funding LLC | 0.21 |
| #7 | Winchester Medical Center | 0.02 |
| #13 | Chase Bank USA, NA | 0.81 |
| #16 | Recovery Management Systems | 2.41 |
| #17 | Recovery Management Systems | 0.99 |
| #18 | Recovery Management Systems | 2.15 |
| | TOTAL | $7.70 |

## DIVIDENDS REMITTED TO COURT
Case Number 5-09-50511- Hyatt, Terry & Debra

| Crditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roundup Funding LLC<br>MS 50<br>Po Box 91121<br>Seattle, Wa. 98111-9221 | 000002 | 287.43 | 0.19 |
| Roundup Funding LLC<br>MS 50<br>Po Box 91121<br>Seattle, Wa. 98111-9221 | 000003 | 1,398.89 | 0.92 |
| Roundup Funding LLC<br>MS 50<br>Po Box 91121<br>Seattle, Wa. 98111-9221 | 000004 | 321.82 | 0.21 |
| Winchester Medical Center<br>1840 Amherst Street<br>PO Box 3340<br>Winchester Va. 22604-2540 | 000007 | 30.00 | 0.02 |
| Chase Bank USA, NA<br>PO Box 740933<br>Dallas Tx. 75374 | 000013 | 1,233.71 | 0.81 |
| Recovery Management Systems<br>For GE Money Bank<br>Dba Wal-Mart<br>25 SE 2nd Ave, Suite 1120<br>Miami, Fl. 33131 | 000016 | 3,648.05 | 2.41 |
| Recovery Management Systems<br>For GE Money Bank<br>Dba Lowe's<br>25 SE 2nd Ave, Suite 1120<br>Miami, Fl. 33131 | 000017 | 1,500.48 | 0.99 |
| Recovery Management Systems<br>For GE Money Bank<br>Dba JC Penny's<br>25 SE 2nd Ave, Suite 1120<br>Miami, Fl. 33131 | 000018 | 3,255.68 | 2.15 |